1
2
3
4
5
6

## IN THE UNITED STATES DISTRICT COURT

7

## FOR THE DISTRICT OF ARIZONA

8

9    Lewis A Harry, Jr.,                    No. CV-19-02234-PHX-DLR (JFM)

10           Plaintiff,                     **ORDER**

11    v.

12    State of Arizona, et al.,

13           Defendants.

14

15

16        Before the Court is United States Magistrate Judge James F. Metcalf's Report and

17   Recommendation ("R&R") recommending that the Court dismiss this action with

18   prejudice.  (Doc. 87.)  Neither party objected, which relieves the Court of its obligation to

19   review the R&R.  *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)

20   (failing to timely object to an R&R waives review of that R&R).  Still, the Court reviewed

21   the R&R and finds it well-taken.  The Court accepts the R&R in its entirety.  *See* 28 U.S.C.

22   § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in

23   part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3).

24        **IT IS ORDERED** that the R&R (Doc. 87) is **ACCEPTED**.

25        **IT IS FURTHER ORDERED** the reference of this case to the Magistrate Judge is

26   **WITHDRAWN**, and this action shall be **DISMISSED WITH PREJUDICE**.

27   */ / /*

28   */ / /*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IT IS FURTHER ORDERED** that the Clerk of the Court enter judgment accordingly and terminate this case.

Dated this 12th day of November, 2021.

_____

Douglas L. Rayes
United States District Judge